:Tianikwa :Haywood
:Paul-Douglas :Celestine

300001463

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2022 SEP 30 PM 2:21
DEPUTY CLERK_____

| | |
|---|---|
| :TIANIKWA :HAYWOOD § | Civil Action No. |
| AND § | mb |
| :PAUL-DOUGLAS :CELESTINE § | |
| OWNERS § | 3-22CV2174-C |
| 1 TEXAS REALATOR, § | |
| CEO OR OWNER § | |
| 2 MACKIE, WOLF, ZIENTZ § | |
| MAN; P.C. LAW FIRM; § | |
| 3 STANFORD & KURLAND § | |
| OWNER OF PENNYMAC § | |
| LOAN SERVICES, LLC; § | |
| 4 SONYA LUECHAUSER § | |
| CEO & PRESIDENT § | |
| 5 DHI-MORTGAGE § | |
| COMPANY LTD.; § | |
| 6 TIM NICHOLSON § | |
| VICE PRESIDENT § | |
| PENNYMACLOAN; § | |
| 7 SANDRA NASEEF § | |
| DHS TITLE CO.; § | |
| JOHN DOE; JANE DOE § | |

**LAWSUIT FOR DECEPTIVE TRADE PRACTICES, COMMON LAW FRAUD, FRAUD, FRAUDULENT CONCEALMENT, RICO VIOLATIONS, DUE PROCESS, FAILURE OF NOTICE, CIVIL RIGHTS ACT OF 1964, VOID CONTRACT, VOID LOAN AGREEMENT, VOID SALE OF PROPERTY, CONSPIRACY CONSTRUCTION OF EVIDENCE, TITLE 18 U.S. CODE § 241 CRIMINAL CONSPIRACY. EQUAL PROTECTION OF LAW, FRAMING, VIOLATION OF TITLE 15 U.S. CODE § 1692(e), TITLE 18 U.S. CODE § 1519, TITLE 18 U.S. CODE § 1001, TITLE 18 U.S. CODE § 371**

## JURISDICTION

**STATE, FEDERAL AND MARITIME LAW, UNITED STATES CONSTITUTION, V.T. ANN CONSTITUTION, UNITED STATES CONSTITUTION U.S.C.A. 14TH AMENDMENT, V.T. CONSTITUTION ART. 1-10, 1-19, 1-29**

---

**COMES NOW**, :Tianikwa :Haywood and :Paul-Douglas :Celestine, Pro-Se state that for the knowledge of the consequences state the alleged contract, contract terms, and loan agreements are void by facts that the Defendants used False - Communication - Sentence - Structure - Parse Syntax - Grammar, or F.C.S.S.P.S.G.

For the Claimant's knowledge of facts of the claim, the Defendants have violated the C-S-S-C-P-S-G by the grammar and the framing or boxing of the loan agreement under Maritime Law. Framing is illegal and void and it stops the conveyance of evidence in that it triggers fraud and common law fraud. The conduct by the Defendants make :Tianikwa :Haywood both the lender and borrower, thus, fraud being fraud in nature and by all of the Defendants working together to complete the conspiracy of Title 18 U.S.C. § 1961-1968 Rico Act, that by the Defendant's conduct there was no bank sign of the fraudulent mortgage contract.

Due process of Law attaches to the notice in which was violated by the False-Parse-Syntax-Grammar by the Defendants. The Plaintiff invokes now time under Maritime Law, in which, truth and facts shall come before the court. The Plaintiffs have paid the fee to move the vessel out of dry dock into the sea of space. This claim is being filed for the Defendants' use of fraudulent grammar in the contracts and loan agreement by the fraud of the Defendants. The

Plaintiff requests that all the documents be syntax with the correct sentence structure communication parse syntax grammar which is constitutionally protected by due process of law [U.S.C.A 14th Amend]. The use of boxing or framing of the loan agreement is void through the violation of breaking the chain of evidence. The Plaintiff's bill or loan is 0, or void.

For the claimant's knowledge of facts of the claim of law, rules, codes, and regulation with the C.S.S.C.P.S.G. of this court, the complete request by the Defendants own knowledge that the contract is void by the violation of C.S.S.C.P.S.G.

:Paul-Douglas :Celestine is a vassal or liege of the claim, subject or person regarded as having a mutual obligation to a lord or monarch in the context of the feudal system in medieval Europe. The obligation often included military support by knights in exchange for certain privileges, usually including land held as a tenant.

## FEDERAL COURT VENUE

## MARTITIME LAW

## AND

## MARITIME COMMISSION

The Plaintiff has a legit right to 3222 Burgundy Lane, Midlothian, TX 76065. She has lived there for over a year and under the Maritime Law of Salvage and the void nature of the contract and loan agreement, no other party has the right to the residence. The 1-year moratorium has passed. She is the Legal Trustee.

## CLAIM

Thus, for the harm caused by the Defendants the Plaintiff is suing for $50,000,000.00 USD (Fifty million dollars). The post Office is over every vessel in the United States of America and this honorable court has jurisdiction.

The Defendants have continued the fraud by the letters from Texas Realtor that F.P.S.G. thus, the Plaintiff under the protection of due process of law under the 14th Amendment is requesting that the C.S.S.C.P.S.G. as required under Maritime Law. Thank you.

1. Brooker v. Gould, supra 06-21-2012
2. Mehran Abazary of the Mehran: Afazary v. Andersen, Hilbert & Parker, supra, Mar. 26th,2012.
3. Borkholder v. PNC Bank, Nat'l Ass'n, Aug. 8th, 2012
4. Paet v. Hawaii – Mar. 16th, 2012
5. Barte v. Porto, Mar. 30th, 2021
6. Kaihma v. Dist. Court of the First Circuit, supra. Mar. 16th, 2012

### PRAYER

Wherefore the Plaintiff prays for relief due to the injuries that have occurred.

Respectfully Submitted,

:Tianikwa :Haywood

_:Tianikwa :Haywood_  Date: 9-30-22

:Paul-Douglas :Celestine

_:Paul-Douglas :Celestine_  Date: 9-30-22

## CERTIFICATE OF SERVICE

No Bull Investments LLC
PO Box 413
Waxahachie, TX 75168

Mackie, Wolf, Zientz & Mann P.C.
Parkway Office Center, Suite 900
14160 Dallas Parkway
Dallas, Texas 75254

Pennymac Loan Services, LLC
P.O. Box 514387
Los Angeles, CA 90051-43007

DHI-Mortgage Company LTD
D.R. Horton INC.
6761 N. Freeway, Suite B
Fort Worth, TX 76131

Tin Nicholson
Executive Vice President
Penny Mac Loan Services, LLC
Moorpark, CA 92021

Sandra Naseef
DHI-Title
6761 N. Freeway, Suite B
Fort Worth, TX 76131

DAI Mortgage Company LTD
DHI Title of Texas, LTD

## CERTIFICATE OF SERVICE

## COURT

United States District Court

1100 Commerce Street Room 1400

Dallas, TX 75242

Tianikna & Haywood
3222 Burgundy Lane
Midlothian, TX 76065

H.R. Horton Insurance Agency, INC.
Moorpark, CA 92021

:Tianikwa :Haywood

_/s/ Tianikwa :Haywood_                    Date: 9-30-22