


# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| :TIANIKWA :HAYWOOD, ET AL. § | | Civil Action |
| PLAINTIFFS § | | No. 3:22-CV-2174-C |
| § | | |
| V. § | | |
| § | | |
| TEXAS REALATOR, ET AL. § | | |
| DEFENDANTS § | | |

### PLAINTIFF'S OBJECTION TO THE DEFENDANTS PENNYMAC LOAN SERVICES, LLC'S AND MACKIE WOLF ZIENTZ AND MANN, P.C.'S MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(B)(5)

**COMES NOW**, :Tianikwa :Haywood and :Paul-Douglas :Celestine, Pro-Se invoke Maritime Law and Federal Law. [U.S.C.A. Const. 5th and 14th].

### -NOTICE-

The Due Process clause of the United States Constitution prohibits a court from hearing a case that party has been given proper notice of satisfying this notice's requirement.

In the above cause the Plaintiff has informed all known parties of their interest by a reasonable reliable means, "The United Postal Service." In the above cause the Defendant interfered into RICO Fraud and the Plaintiff can provide Pro-Se of Service by the United States Postal Service and the Defendant did receive the complaint and summons as required by due process of law. The Plaintiff objects to the F.R.C.P. 12 (B)(5) as the service was in the guidelines of the United States Constitution.

The Plaintiff in this case served the Defendant at the home office at 14160 N. Dallas Parkway, Suite 900 Dallas, Texas 75254. The Federal Rule of Civil Procedure governs the service of process in federal court. The Defendant did receive service. The Plaintiff sent summons and complaints together with a waiver to address before stated. The service was issued by registered mail and the First-Class mail was proper.

Hague Convention provides that judicial documents may be served by the postal channel. I.d. Under the Hague Convention Maritime Law applies in that it is postal law. [Article 10 (a) of the Hague Convention is postal law. Under the International Postal Union, Judicial Documents may be served by postal channels]. [293 A.R. 327; R.V. Re. Recognition of at Italian Judgment LLPrel, 2000 WL 33541696]. [**Brockmeyer v. May**] 383 F3d. 798, 811 (9th Cir. 2004).

## MARITIME LAW

State Department circular also indicates service by mail is permitted in international civil litigation. [U.S. Dept of State, Circular Service of process abroad in selected material in Int'l Litig. And Arbitration] 688 P/Lit. 7771021 (2003). Under Maritime Law and Hague Convention it provides: "(f) unless otherwise provided by Federal Law, service upon an individual from a waiver that has not been obtained and filled…. May be affected in a place not within any Judicial District of the United States. [4 (f)(1)].

Thus, by this cause being both Maritime Law and Federal Law the Defendant's motion to dismiss pursuant to Federal Rules of Civil Procedure 12(B)(5) should not be granted. The United States government, the United States District Court, and the United States Supreme Court is under Maritime Law. The postage stamp on the document is the fee to move the vessel through

the sea of space and was docketed in the United States District Court For the Northern District of Texas Dallas Division.

## **PRAYER**

The Plaintiff humbly requests that the Honorable Court protect Maritime Law and Federal Law by denying the Defendants' motion. Thank you.

Respectfully Submitted,

:Tianikwa :Haywood

_:Tianikwa :Haywood_   Date: 11/4/2022

## CERTIFICATE OF SERVICE

I certify that the original document was served to:

Pennymac Loan Services, LLC
Defendant
c/o Mark D. Cronenwett
Tex. Bar No. 00787303
Mackie, Wolf, Zientz & Mann P.C.
Parkway Office Center, Suite 900
14160 Dallas Parkway
Dallas, Texas 75254


:Tianikwa :Haywood

_:Tianihwa :Haywood_                    Date: __11/4/2022__

## CERTIFICATE OF SERVICE

I certify that the original document was served to:

Clerk of the
United States District Court
For the Northern District of Texas
Dallas Division
1100 Commerce Street Room 1400
Dallas, TX 75242


:Tianikwa :Haywood

: Tianikwa :Haywood                             Date: 11/4/2022



**Office DEPOT OfficeMax**

Dallas - (972) 283-5024
11/06/2022  5:20 PM

EV7TT7PPUX4Q38ME6R

SALE        3264-20-1069-1111-22.11.1
901337  SS B&W Ltr Ema
  10 @ 0.15           1.50
       **You Pay          1.50SS**
    Subtotal:      1.50
       Total:      1.50
   Visa 8049:      1.50

AUTH CODE 052018
TDS Chip Read
AID A0000000031010   VISA DEBIT
CVS No Signature Required

———————————————————
       TIANIKWA HAYWOOD 19*****056
   Please create your online rewards
   account at officedepot.com/rewards.
   You must complete your account to
   claim your rewards and view your
                status.

Shop online at www.officedepot.com
*******************************************
       **WE WANT TO HEAR FROM YOU!**
         **Visit survey.officedepot.com**
       and enter the survey code below
              16AX 53CZ 6BD9
           or scan the below QR code



*******************************************

Satisfaction Guarantee: If you are not satisfied with your purchase, you can return it within 30 days, or 14 days for furniture and technology items, with all original packaging and the receipt, packing slip or email confirmation for a refund, exchange, or credit. Special orders are not returnable. Other restrictions apply. Call 1-800-GO-DEPOT (800-463-3768) or visit www.officedepot.com for more details.