AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02174-C

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* No Bull Investment LLC
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify)*: Certified mail to: P.O. Box 413 Waxahachie, TX 75168

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10-24-2022

: Paul-Douglas : Celestine
*Server's signature*

: Paul-Douglas : Celestine
*Printed name and title*

7822 Dabney Street, Houston TX 77026
*Server's address*

Additional information regarding attempted service, etc:

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 1 0 2022

CLERK, U.S. DISTRICT COURT
By_____
       Deputy
```

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02174-C

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **SANDRA NAJEEP**
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* UNITED STATES POSTAL SERVICE
O M J-TITLE
6761 N. FREEWAY, SUITE B
FORT WORTH, TX 76101

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: **10-31-2022**

Server's signature: **PAUL-DOUGLAS: CELESTINE**

Printed name and title: **PAUL-DOUGLAS: CELESTINE**

Server's address: **7822 Rodney Pl. #17 Hou. TX 77026**

Additional information regarding attempted service, etc:



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 1 0 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02174-C

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* SONYA LUTCHMAN

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: MAILED CERTIFIED to:
10700 PECAN PARK BLVD. Suit 450
AUSTIN TEX. 78717

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-21-2022

_Paul-Douglas : Celestine_
Server's signature

_Paul-Douglas : Celestine_
Printed name and title

7822 Dodney Dr N, Houston Tx 77026
Server's address

Additional information regarding attempted service, etc:



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 1 0 2022

CLERK, U.S. DISTRICT COURT
By_____
Deputy

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02174-C

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Stanford & Dunlond

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* 3043 Townsgate Road Westlake Village, CA. 91386 on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Mailed Certified/Priority Mail: 3043 Townsgate Rd Westlake Village, CA. 91386

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10-31-2022

Paul Douglas Celestine
*Server's signature*

Paul Douglas Celestine
*Printed name and title*

3822 Opbxey A #17, Houston TX
*Server's address*

Additional information regarding attempted service, etc:



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 10 2022

CLERK, U.S. DISTRICT COURT
By_____
Deputy

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02174-C

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Maclure Wolf, Zientz, Mann PC Law Firm
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☑ Other *(specify):* Mailed Certified to: 14180 Dallas Parkway Dallas, Texas 75254

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 10/31/2022

"Paul Douglas" Celestine
Server's signature

"Paul Douglas" Celestine
Printed name and title

7822 Dobney Ct. #17 Houston TX 77026
Server's address

Additional information regarding attempted service, etc:



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 1 0 2022
CLERK, U.S. DISTRICT COURT
By_____ Deputy

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02174-C

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Stanford & Hunland - Pennymac
~~Texas Mediation Metal~~

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: PENNYMAC LOAN SERVICES, LLC [UNITED STATES POSTAL SERVICE]
P.O. BOX 514387
LOS ANGELES, CA 90051-4387

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10-31-2022

Paul-Douglas Celestine
*Server's signature*

Paul-Douglas Celestine
*Printed name and title*

3822 Doberty #17 Houston TX 77026
*Server's address*

Additional information regarding attempted service, etc:



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 10 2022
CLERK, U.S. DISTRICT COURT
By_____
Deputy

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:22-cv-02174-C

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* MACKIE, WOLF, ZIENTZ, MANN ~~TEXAS REALTOR~~ et al

was received by me on *(date)* _____.

❒ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: MACKIE, WOLF, ZIENTZ & MANN P.C. [United States Postal Service] Parkway Office Center, Suite 900 Dallas Texas 75254

My fees are $ ____ for travel and $ ____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: 10-31-2022

Paul-Douglas: Celestine
*Server's signature*

Paul-Douglas: Celestine
*Printed name and title*

7822 Doubury St #17 Hou. TX 77026
*Server's address*

Additional information regarding attempted service, etc:



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV 10 2022

CLERK, U.S. DISTRICT COURT
By _____
Deputy

Civil Action No.
3:22-cv-02174-C

```
        UNITED STATES
        POSTAL SERVICE.
          JENSEN DRIVE
          3520 JENSEN DR
        HOUSTON, TX 77026-9998
           (800)275-8777
10/03/2022                    10:35 AM
---------------------------------------
Product           Qty   Unit      Price
                        Price
---------------------------------------
Priority Mail®     1              $9.90
Flat Rate Env
   Calabasas, CA 91302
   Flat Rate
   Expected Delivery Date
      Thu 10/06/2022
   Tracking #:
      9505 5130 1992 2276 4049 54
   Insurance                      $0.00
      Up to $100.00 included
Total                             $9.90

Priority Mail®     1              $9.90
Flat Rate Env
   Moorpark, CA 93021
   Flat Rate
   Expected Delivery Date
      Thu 10/06/2022
   Tracking #:
      9505 5130 1992 2276 4049 61
   Insurance                      $0.00
      Up to $100.00 included
Total                             $9.90
---------------------------------------
Grand Total:                     $19.80
---------------------------------------
Cash                             $50.00
Change                          -$30.20
---------------------------------------

   Text your tracking number to 28777 (2USPS)
   to get the latest status. Standard Message
   and Data rates may apply. You may also
   visit www.usps.com USPS Tracking or call
              1-800-222-1811.

    Save this receipt as evidence of
  insurance. For information on filing an
         insurance claim go to
    https://www.usps.com/help/claims.htm
        or call 1-800-222-1811

           Preview your Mail
           Track your Packages
           Sign up for FREE @
        https://informeddelivery.usps.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.

       Tell us about your experience.
       Go to: https://postalexperience.com/Pos
       or scan this code with your mobile device.
```



```
            or call 1-800-410-7420.

---------------------------------------
UFN: 480038-0038
Receipt #: 840-57700018-2-4912802-2
Clerk: 04
```

```
        UNITED STATES
        POSTAL SERVICE.
          JENSEN DRIVE
          3520 JENSEN DR
        HOUSTON, TX 77026-9998
           (800)275-8777
10/03/2022                    10:23 AM
---------------------------------------
Product           Qty   Unit      Price
                        Price
---------------------------------------
Priority Mail®     1              $9.90
Flat Rate Env
   Fort Worth, TX 76131
   Flat Rate
   Expected Delivery Date
      Wed 10/05/2022
   Tracking #:
      9505 5130 1992 2276 4048 93
   Insurance                      $0.00
      Up to $100.00 included
Total                             $9.90

Priority Mail®     1              $9.90
Sm Flat Rate Env
   Fort Worth, TX 76131
   Flat Rate
   Expected Delivery Date
      Wed 10/05/2022
   Tracking #:
      9505 5130 1992 2276 4049 09
   Insurance                      $0.00
      Up to $100.00 included
Total                             $9.90

Priority Mail®     1              $9.90
Sm Flat Rate Env
   Austin, TX 78750
   Flat Rate
   Expected Delivery Date
      Wed 10/05/2022
   Tracking #:
      9505 5130 1992 2276 4049 16
   Insurance                      $0.00
      Up to $100.00 included
Total                             $9.90

Priority Mail®     1              $9.90
Sm Flat Rate Env
   Dallas, TX 75254
   Flat Rate
   Expected Delivery Date
      Wed 10/05/2022
   Tracking #:
      9505 5130 1992 2276 4049 23
   Insurance                      $0.00
      Up to $100.00 included
Total                             $9.90

Priority Mail®     1              $9.90
Sm Flat Rate Env
   Waxahachie, TX 75168
   Flat Rate
   Expected Delivery Date
      Wed 10/05/2022
   Tracking #:
      9505 5130 1992 2276 4049 30
   Insurance                      $0.00
      Up to $100.00 included
Total                             $9.90
---------------------------------------
Grand Total:                     $49.50
---------------------------------------
Cash                            $100.00
Change                          -$50.50
---------------------------------------

   Text your tracking number to 28777 (2USPS)
   to get the latest status. Standard Message
   and Data rates may apply. You may also
   visit www.usps.com USPS Tracking or call
              1-800-222-1811.

    Save this receipt as evidence of
  insurance. For information on filing an
         insurance claim go to
    https://www.usps.com/help/claims.htm
        or call 1-800-222-1811

           Preview your Mail
           Track your Packages
           Sign up for FREE @
        https://informeddelivery.usps.com

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.

       Tell us about your experience.
       Go to: https://postalexperience.com/Pos
       or scan this code with your mobile device.
```



```
            or call 1-800-410-7420.

---------------------------------------
UFN: 480038-0038
Receipt #: 840-57700018-2-4912544-2
Clerk: 04
```



FROM: Paul Douglas Grealing
7822 Bob my Ct #17
Houston, TX 77036

TO: Clerk
The United States District Court
1100 Commerce Court
Room 1452
Dallas, TX 75242

RECEIVED
NOV 10 2022
MAIL ROOM

USPS TRACKING #
9505 5130 1992 2311 4107 11

EXPECTED DELIVERY DAY: 11/09/22

U.S. POSTAGE PAID
PM
HOUSTON, TX
77007
NOV 07, 22
AMOUNT
$9.90
R2304E106336-04