UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| :TIANIKWA :HAYWOOD | § | Civil Action |
| AND | § | No. 22-CV-2174-C |
| :PAUL-DOUGLAS :CELESTINE | § | |
| OWNERS | § | |
| TEXAS REALATOR, | § | |
| CEO OR OWNER | § | |
| MACKIE, WOLF, ZIENTZ | § | |
| MAN; P.C. LAW FIRM; | § | |
| STANFORD & KURLAND | § | |
| OWNER OF PENNYMAC | § | |
| LOAN SERVICES, LLC; | § | |
| SONYA LUECHAUSER | § | |
| CEO & PRESIDENT | § | |
| DHI-MORTGAGE | § | |
| COMPANY LTD.; | § | |
| TIM NICHOLSON | § | |
| VICE PRESIDENT | § | |
| PENNYMACLOAN; | § | |
| SANDRA NASEEF | § | |
| DHS TITLE CO.; | § | |
| JOHN DOE; JANE DOE | § | |

**PLAINTIFF'S OBJECTION AND ANSWER TO THE DEFENDANTS DHI MORTGAGE COMPANY'S AND DHI TITLES MOTION TO DISMISS**

    **COMES NOW**, :Tianikwa :Haywood and :Paul-Douglas :Celestine, Pro-Se state that the above Defendant committed fraud by contract in that under the Law of Contract used word in

their contract that had double means thus committing fraud by the grammar which violated TITLE 18 U.S.C. §1001 knowingly and willfully. The Defendant committed fraud by the fraudulent statement by grammar in their contract that falsehood and deceptive trade practice all with the same goal to further the conspiracy (R.I.C.O) of each corporation to steal the Plaintiff's land. Thus, the Plaintiff has stated such a claim. Both Plaintiffs Tianikwa :Haywood and :Paul-Douglas :Celestine investigated the alleged contract each word was checked under C-S-S-C-P-S-G, Correct Sentence Structure Communication Parse Syntax Grammar, by the Defendant's contract there was a misrepresentation of an agreement and violated the Due Process clause of the United States Constitution. [U.S.C.A. Const. 5th and 14th Amend]. Before the Plaintiffs move forward the invoking of Maritime Law and Federal Law.

Now the Defendants each committed common law fraud. The loan contract application is void by the boxing and framing. Thus, the Penny Mac Loan is void and the Plaintiff by those facts owes no one and all the monies need to be returned immediately. 42 U.S.C. §1986 the Plaintiffs are whistleblowing on Penny Mac Loan Company for fraud, thus all of Penny Mac Loan Company's applications are void as a matter of law.

The Plaintiff has stated several claims, thus F.R.C.P. 12(b)(6) do not apply. The fictitious conveyance of language with the grammar is about 50 years old. The law is not new. The Supreme Court of the United States of America recognizes or identifies with the knowledge. Counsel must study, meaning the Defendant's counsel. For 8,500 years has harvested human beings with adverb-grammar.

The whole system and structure of language or languages in general usually takes as consisting of syntax and morphology including infectious and sometimes phonology and semantics. The grammar is constitutionally incorrect [U.S.C.A. Const. 14th Amend] in that the

contract or judgment violated TITLE 18 U.S.C. §1001. The Due Process of Law requires the Defendants to produce the Correct Sentence Structure Communication Parse Syntax Grammar of the document or contract requested as discovery and will be a level II discovery. Under the notice of fraud on the court by the Defendants conduct under the Law of Contract has attempted to commit theft against the Plaintiffs Tianikwa :Haywood and :Paul-Douglas :Celestine with failure to give notice by the fraudulent document or contract which was not a mistake because the document as engineered and is a violation of law. [Tex. Rev. Civ. Stat. Ann..1-10, 1-19, 1-29] [U.S. Const. amend. 4th, 5th, & 14th].

The United States Supreme Court has allowed the use of C.S.S.C.P.S.G. in Supreme Court debates grammar syntax. Case Law: 1. [Facebook Inc v. Duguid] No. 19-511 (Dec. 8th, 2020). 2. [People v. Crabtree] 2002 C.O.A. 73 (Colo. App. 2022). Both truth and facts shall come before the court. [Under Maritime].

Under Maritime Law and Now Time, there is no fiction by its authority. [U.S. Const. Amend. 5th, & 14th]. The Plaintiff has rights protected under Maritime Law that cannot be infringed or encroached upon by a violation of law. The Plaintiff has performed the Correct Sentence Structure Communication Parse Syntax Grammar on the contract thus the document is no contract. The United States District Court has proper jurisdiction by the fraud, violation of Due Process of Law and The Civil Rights Act of 1964: Equality by the conduct of the Defendants.

**PRAYER**

The Plaintiff now invokes Maritime Law where Now Time of facts and truth can enter this Honorable Court. The Plaintiff has shown harm in which Tianikwa :Haywood and :Paul-

Douglas :Celestine may receive legal redress. The Plaintiff humbly prays that the Honorable Judge deny the Defendants' Motion to dismiss. Thank you!

Respectfully Submitted,

:Tianikwa :Haywood

*:Tianikwa :Haywood*     Date: 11/11/2022

:Paul-Douglas :Celestine

*:Paul-Douglas :Celestine*     Date: 11/11/2022

## CERTIFICATE OF SERVICE

## COURT

United States District Court

1100 Commerce Street Room 1400

Dallas, TX 75242

## CERTIFICATE OF SERVICE

No Bull Investments LLC
PO Box 413
Waxahachie, TX 75168

Mackie, Wolf, Zientz & Mann P.C.
Parkway Office Center, Suite 900
14160 Dallas Parkway
Dallas, Texas 75254

Pennymac Loan Services, LLC
P.O. Box 514387
Los Angeles, CA 90051-43007

DHI-Mortgage Company LTD
D.R. Horton INC.
6761 N. Freeway, Suite B
Fort Worth, TX 76131

Tin Nicholson
Executive Vice President
Penny Mac Loan Services, LLC
Moorpark, CA 92021

Sandra Naseef
DHI-Title
6761 N. Freeway, Suite B
Fort Worth, TX 76131

DAI Mortgage Company LTD
DHI Title of Texas, LTD
H.R. Horton Insurance Agency, INC.
Moorpark, CA 92021


:Tianikwa :Haywood

_:Tianikwa :Haywood_                              Date: 11/11/2022

:Paul-Douglas :Celestine

_:Paul-Douglas :Celestine_                        Date: 11/11/2022





```
Part # 15629    Part # 22/AM3/SE185    HRD02 FXP 10/23

ORIGIN ID:CRSA  (214) 566-3160        SHIP DATE: 18NOV22
TIANIKHA EEON HAYWOOD                 ACTWGT: 0.15 LB
                                      CAD: 6995867/SSF02341
3222 BURGUNDY LANE
                                      BILL CREDIT CARD
MIDLOTHIAN, TX 76065
UNITED STATES US
TO US FEDERAL DISTRICT COUNTY COU
   1100 COMMERCE ST #1452

   DALLAS TX 75242
(000) 000-0000
                                              FedEx
                                              Express

                                      WED — 23 NOV ...
TRK# 3907 9694 8435                   EXPRESS SAV...
0201
                                              75242
SA KIPA                               TX-US    DFW
```

This envelope is only for FedEx Express® shipme[nts]

You can help us get your package safely to its des[tination by] packing your items securely. Need help? Go to fed[ex.com for] packing tips.

Check your FedEx Express shipping document. ... FedEx Service Guide or the conditions of carriage ... terms, conditions and limits of liability.

© 2020 FedEx 15475/15476 REV 7/20

Please recycle. See how we're connecting the world responsibly and resourcefully ways at sustainability.[fedex.com]

FedEx®