# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| :TIANIKWA :HAYWOOD | § | Civil Action |
| AND | § | No. 22-CV-2174-C |
| :PAUL-DOUGLAS :CELESTINE | § | |
| OWNERS | § | |
| TEXAS REALATOR, | § | |
| CEO OR OWNER | § | |
| MACKIE, WOLF, ZIENTZ | § | |
| MAN; P.C. LAW FIRM; | § | |
| STANFORD & KURLAND | § | |
| OWNER OF PENNYMAC | § | |
| LOAN SERVICES, LLC; | § | |
| SONYA LUECHAUSER | § | |
| CEO & PRESIDENT | § | |
| DHI-MORTGAGE | § | |
| COMPANY LTD.; | § | |
| TIM NICHOLSON | § | |
| VICE PRESIDENT | § | |
| PENNYMACLOAN; | § | |
| SANDRA NASEEF | § | |
| DHS TITLE CO.; | § | |
| JOHN DOE; JANE DOE | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV 21 2022
CLERK, U.S. DISTRICT COURT
By: _____

Corrected Motion

**PLAINTIFF'S OBJECTION AND ANSWER TO THE DEFENDANTS DHI MORTGAGE COMPANY'S AND DHI TITLES MOTION TO DISMISS PennyMac Loan Service and Mackie,Wolf,Zientz ,Mann P.C.**

**COMES NOW**, :Tianikwa :Haywood and :Paul-Douglas :Celestine, Pro-Se state that the above Defendant committed fraud by contract in that under the Law of Contract used word in their contract that had double means thus committing fraud by the grammar which violated TITLE 18 U.S.C. §1001 knowingly and willfully. The Defendant committed fraud by the fraudulent statement by grammar in their contract that falsehood and deceptive trade practice all with the same goal to further the conspiracy (R.I.C.O) of each corporation to steal the Plaintiff's land. Thus, the Plaintiff has stated such a claim. Both Plaintiffs Tianikwa :Haywood and :PaulDouglas :Celestine investigated the alleged contract each word was checked under C-S-S-C-P-SG, Correct Sentence Structure Communication Parse Syntax Grammar, by the Defendant's contract there was a misrepresentation of an agreement and violated the Due Process clause of the United States Constitution. [U.S.C.A. Const. 5th and 14th Amend]. Before the Plaintiffs move forward the invoking of Maritime Law and Federal Law.

Now the Defendants each committed common law fraud. The loan contract application is void by the boxing and framing. Thus, the Penny Mac Loan is void and the Plaintiff by those facts owes no one and all the monies need to be returned immediately. 42 U.S.C. §1986 the Plaintiffs are whistleblowing on Penny Mac Loan Company for fraud, thus all of Penny Mac Loan Company's applications are void as a matter of law.

The Plaintiff has stated several claims, thus F.R.C.P. 12(b)(6) do not apply. The fictitious conveyance of language with the grammar is about 50 years old. The law is not new. The Supreme Court of the United States of America recognizes or identifies with the knowledge. Counsel must study, meaning the Defendant's counsel. For 8,500 years has harvested human beings with adverb-grammar.

The whole system and structure of language or languages in general usually takes as consisting of syntax and morphology including infectious and sometimes phonology and semantics. The grammar is constitutionally incorrect [U.S.C.A. Const. 14th Amend] in that the contract or judgment violated TITLE 18 U.S.C. §1001. The Due Process of Law requires the Defendants to produce the Correct Sentence Structure Communication Parse Syntax Grammar of the document or contract requested as discovery and will be a level II discovery. Under the notice of fraud on the court by the Defendants conduct under the Law of Contract has attempted to commit theft against the Plaintiffs Tianikwa :Haywood and :Paul-Douglas :Celestine with failure to give notice by the fraudulent document or contract which was not a mistake because the document as engineered and is a violation of law. [Tex. Rev. Civ. Stat. Ann..1-10, 1-19, 129] [U.S. Const. amend. 4th, 5th, & 14th].

The United States Supreme Court has allowed the use of C.S.S.C.P.S.G. in Supreme Court debates grammar syntax. Case Law: 1. [Facebook Inc v. Duguid] No. 19-511 (Dec. 8th, 2020). 2. [People v. Crabtree] 2002 C.O.A. 73 (Colo. App. 2022). Both truth and facts shall come before the court. [Under Maritime].

Under Maritime Law and Now Time, there is no fiction by its authority. [U.S. Const. Amend. 5th, & 14th]. The Plaintiff has rights protected under Maritime Law that cannot be infringed or encroached upon by a violation of law. The Plaintiff has performed the Correct Sentence Structure Communication Parse Syntax Grammar on the contract thus the document is no contract. The United States District Court has proper jurisdiction by the fraud, violation of Due Process of Law and The Civil Rights Act of 1964: Equality by the conduct of the Defendants.

## PRAYER

The Plaintiff now invokes Maritime Law where Now Time of facts and truth can enter this Honorable Court. The Plaintiff has shown harm in which Tianikwa :Haywood and :PaulDouglas :Celestine may receive legal redress. The Plaintiff humbly prays that the Honorable Judge deny the Defendants' Motion to dismiss. Thank you!

Respectfully Submitted,

:Tianikwa :Haywood

_:Tianikwa :Haywood_ (signature)                Date: 11-17-22

:Paul-Douglas :Celestine

_:Paul-Douglas :Celestine_ (signature)          Date: 11-17-22

**CERTIFICATE OF SERVICE**

**COURT**

United States District Court

1100 Commerce Street Room 1400

Dallas, TX 75242

## CERTIFICATE OF SERVICE

No Bull Investments LLC
PO Box 413
Waxahachie, TX 75168

Mackie, Wolf, Zientz & Mann P.C.
Parkway Office Center, Suite 900
14160 Dallas Parkway
Dallas, Texas 75254

Pennymac Loan Services, LLC
P.O. Box 514387
Los Angeles, CA 90051-43007

DHI-Mortgage Company LTD D.R. Horton INC.
6761 N. Freeway, Suite B
Fort Worth, TX 76131

Tin Nicholson
Executive Vice President
Penny Mac Loan Services, LLC
Moorpark, CA 92021

Sandra Naseef
DHI-Title
6761 N. Freeway, Suite B
Fort Worth, TX 76131

DAI Mortgage Company LTD
DHI Title of Texas, LTD
H.R. Horton Insurance Agency, INC.
Moorpark, CA 92021

:Tianikwa :Haywood

*:Tianikwa :Haywood* [signature]                    Date: 11-17-22

:Paul-Douglas :Celestine

*:Paul-Douglas :Celestine* [signature]              Date: 11-17-22

```
UNITED STATES
POSTAL SERVICE.
         JENSEN DRIVE
         3520 JENSEN DR
      HOUSTON, TX 77026-9998
         (800)275-8777
10/03/2022                    10:35 AM
---------------------------------------
Product          Qty   Unit    Price
                       Price
---------------------------------------
Priority Mail®    1             $9.90
Flat Rate Env
   Calabasas, CA 91302
   Flat Rate
   Expected Delivery Date
        Thu 10/06/2022
   Tracking #:
      9505 5130 1992 2276 4049 54
   Insurance                    $0.00
      Up to $100.00 included
Total                           $9.90

Priority Mail®    1             $9.90
Flat Rate Env
   Moorpark, CA 93021
   Flat Rate
   Expected Delivery Date
        Thu 10/06/2022
   Tracking #:
      9505 5130 1992 2276 4049 61
   Insurance                    $0.00
      Up to $100.00 included
Total                           $9.90
---------------------------------------
Grand Total:                   $19.80

Cash                           $50.00
Change                        -$30.20
---------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
          1-800-222-1811.

    Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
    https://www.usps.com/help/claims.htm
        or call 1-800-222-1811

         Preview your Mail
         Track your Packages
         Sign up for FREE @
     https://informeddelivery.usps.com

  All sales final on stamps and postage.
   Refunds for guaranteed services only.
         Thank you for your business.

     Tell us about your experience.
   Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device.
```



```
         or call 1-800-410-7420.
---------------------------------------

UFN: 480038-0038
Receipt #: 840-57700018-2-4912802-2
Clerk: 04
```

---

```
UNITED STATES
POSTAL SERVICE.
         JENSEN DRIVE
         3520 JENSEN DR
      HOUSTON, TX 77026-9998
         (800)275-8777
10/03/2022                    10:23 AM
---------------------------------------
Product          Qty   Unit    Price
                       Price
---------------------------------------
Priority Mail®    1             $9.90
Flat Rate Env
   Fort Worth, TX 76131
   Flat Rate
   Expected Delivery Date
        Wed 10/05/2022
   Tracking #:
      9505 5130 1992 2276 4048 93
   Insurance                    $0.00
      Up to $100.00 included
Total                           $9.90

Priority Mail®    1             $9.90
Sm Flat Rate Env
   Fort Worth, TX 76131
   Flat Rate
   Expected Delivery Date
        Wed 10/05/2022
   Tracking #:
      9505 5130 1992 2276 4049 09
   Insurance                    $0.00
      Up to $100.00 included
Total                           $9.90

Priority Mail®    1             $9.90
Sm Flat Rate Env
   Austin, TX 78750
   Flat Rate
   Expected Delivery Date
        Wed 10/05/2022
   Tracking #:
      9505 5130 1992 2276 4049 16
   Insurance                    $0.00
      Up to $100.00 included
Total                           $9.90

Priority Mail®    1             $9.90
Sm Flat Rate Env
   Dallas, TX 75254
   Flat Rate
   Expected Delivery Date
        Wed 10/05/2022
   Tracking #:
      9505 5130 1992 2276 4049 23
   Insurance                    $0.00
      Up to $100.00 included
Total                           $9.90

Priority Mail®    1             $9.90
Sm Flat Rate Env
   Waxahachie, TX 75168
   Flat Rate
   Expected Delivery Date
        Wed 10/05/2022
   Tracking #:
      9505 5130 1992 2276 4049 30
   Insurance                    $0.00
      Up to $100.00 included
Total                           $9.90
---------------------------------------
Grand Total:                   $49.50

Cash                          $100.00
Change                        -$50.50
---------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
          1-800-222-1811.

    Save this receipt as evidence of
insurance. For information on filing an
        insurance claim go to
    https://www.usps.com/help/claims.htm
        or call 1-800-222-1811

         Preview your Mail
         Track your Packages
         Sign up for FREE @
     https://informeddelivery.usps.com

  All sales final on stamps and postage.
   Refunds for guaranteed services only.
         Thank you for your business.

     Tell us about your experience.
   Go to: https://postalexperience.com/Pos
   or scan this code with your mobile device.
```



```
         or call 1-800-410-7420.
---------------------------------------

UFN: 480038-0038
Receipt #: 840-57700018-2-4912544-2
Clerk: 04
```

No. 22-CV-2174

