**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| :TIANIKWA :HAYWOOD<br>AND<br>:PAUL-DOUGLAS :CELESTINE<br>V.<br>TEXAS REALATOR, ETL. | § § § § § § § § § § § | Civil Action<br><br>3-22-CV 2774-C |



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 1 8 2023
CLERK, U.S. DISTRICT COURT
By_____
Deputy

**MOTION FOR RECONSIDERATION UNDER MARITIME LAW**

---

The United State Magistrate Judge violated the plaintiff surpass by non-constitutional procedure

By detaining maritime vessel that have paid the fee to travel the sea; legal space. Also magistrate Judge. Have not signed the document

And

Request for writ of denovo for detaining the lawful vessel by violating the constitution

### Facts

All parties have been properly served by way of the United States mail procedure, postal union, maritime law; Maritime post master.

:Tianikwa :Haywood Plaintiff

:Paul-Douglas :Celestine have requested reviewing by the United States District Judge

### Law

The Plaintiffs knowledge that provide the grounds for higher entitlement to relief.

1. The Honorable Magistrate Judge have not sign the document and have set false sentence structure communication parse syntax grammar in the response, this his/her response does not stop the taint by the grammar by these words "until, it, and, is, appropriate, until, are, on" the words have several meanings that violate due process, this violate the law; by the constructed violation mean no contract, which trigger title 18:1001.

The Honorable court by the constitutional must reconsider the maritime effect of his/her ruling, by the superior law of maritime which began 8500 year. These vessel must not be detained.

Respectfully Submitted

_:Tianikwa :Haywood_ (signature)
:Tianikwa :Haywood

1/7/2023
Date

_:Paul-Douglas :Celestine_ (signature)
:Paul-Douglas :Celestine

1/7/2023
Date

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| :TIANIKWA :HAYWOOD<br>AND<br>:PAUL-DOUGLAS :CELESTINE<br>V.<br>TEXAS REALATOR, | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>Order For | Civil Action<br><br>3-22-CV 2774-C |

**MOTION FOR RECONSIDERATION UNDER MARITIME LAW**

---

The United State Magistrate Judge violated the plaintiff surpass by non-constitutional procedure

By detaining maritime vessel that have paid the fee to travel the sea; legal space. Also magistrate Judge. Have not signed the document

GRANTED _____

DENIED _____

DATE _____

_____
HONORABLE JUDGE
UNITED STATES
DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| :TIANIKWA :HAYWOOD<br>AND<br>:PAUL-DOUGLAS :CELESTINE<br>V.<br>TEXAS REALATOR, ETL. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>Order | Civil Action<br><br>3-22-CV 2774-C |

**Writ of Deveno**

------------------------------------------------------------

It is so order that the above motion is:

GRANTED _____

DENIED _____

DATE _____

_____
HONORABLE JUDGE
UNITED STATES
DISTRICT COURT

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| :TIANIKWA :HAYWOOD | § | Civil Action |
| AND | § | |
| :PAUL-DOUGLAS :CELESTINE | § | 3-22-CV 2774-C |
| V. | § | |
| TEXAS REALATOR, ETL. | § | |

**NOTICE OF APPEARANCE MARTIME CHIEF JUDGE :PAUL-DOUGLAS :CELESTINE IN CIVIL ACTION NO. 3-22-CV2774-C**

---

COMES NOW, Chief Judge "Maritime Law" hereby gives notice of appearance to the Honorable concerning the Maritime Law, Federal Law, and C.S.S.C.P.S.G. of civil action 3-22-CV-2447-C and hereby invoking State, Federal, and Maritime Law. :Paul-Douglas :Celestine is moving the vessel into a sea of space which is the court.

1. Chief Judge :Paul-Douglas :Celestine is invoking all of his rights as a Chief Maritime Judge with all authority of the law and constitution in that truth and facts shall now come before the court.
2. By the fraud of the Plaintiff TEXAS REALATOR, ETL., in the grammar of the contract, the court is requesting the "Correct-Sentence- Structure-Communication-Parse-Syntax-Grammar" of all documents used in the original contract and loan agreement

For the Honorable Judge, knowledge of the court is the paper or complaint. The grammar is fraud when one received the meaning of the C.S.S.C.P.S.G or "Correct-Sentence- Structure-Communication-Parse-Syntax-Grammar" of the contract. Also, the framing or boxing anything that is in a box is void in stopping the conveyance of evidence.

Respectfully submitted,

:Paul-Douglas: Celestine                                           1/7/2023

:Paul-Douglas :Celestine                                           Date

3222 Troshwood Haywood Bulgurely LN
Mesquite TX. 78065

RECEIVED-5
JAN 1 8 2023
MAILROOM

NORTH TEXAS TX P&DC
DALLAS TX 750
12 JAN 2023 PM 4



United States District Court
1100 Commerce Street Room 1400
Dallas TX 75242

75242-130770

