UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED MAY 26 2023
CLERK, U.S. DISTRICT COURT
By A6C Deputy

| | | |
|---|---|---|
| :TIANIKWA :HAYWOOD | § | Civil Action |
| AND | § | |
| :PAUL-DOUGLAS :CELESTINE | § | 3-22-CV-2174-C |
| V. | § | |
| TEXAS REALATOR, | § | |
| CEO OR OWNER | § | |
| MACKIE, WOLF, ZIENTZ | § | |
| MAN; P.C. LAW FIRM; | § | |
| STANFORD & KURLAND | § | |
| OWNER OF PENNYMAC | § | |
| LOAN SERVICES, LLC; | § | |
| SONYA LUECHAUSER | § | |
| CEO & PRESIDENT | § | |
| DHI-MORTGAGE | § | |
| COMPANY LTD.; | § | |
| TIM NICHOLSON | § | |
| VICE PRESIDENT | § | |
| PENNYMACLOAN; | § | |
| SANDRA NASEEF | § | |
| DHS TITLE CO.; | § | |
| JOHN DOE; JANE DOE | § | |

**3rd MOTION FOR DISCOVERY**

**COMES NOW**, :Tianikwa :Haywood and :Paul-Douglas Celestine, Please request motion for discovery to prepare for trial. Thank you!

Respectfully Submitted

*:Tianikwa :Haywood*
:Tianikwa :Haywood

5/22/2023
Date

*:Paul-Douglas :Celestine*
:Paul-Douglas :Celestine

5-22-2023
Date

<u>**UNITED STATES DISTRICT COURT**</u>
<u>**NORTHERN DISTRICT OF TEXAS**</u>
<u>**DALLAS DIVISION**</u>

| | | |
|---|---|---|
| :TIANIKWA :HAYWOOD | § | Civil Action |
| AND | § | |
| :PAUL-DOUGLAS :CELESTINE | § | 3-22-CV 2774-C |
| V. | § | |
| TEXAS REALATOR, ETL | § | |
| | § | |

**ORDER**

**3rd MOTION FOR DISCOVER**

IT IS SO ORDERED THAT THE ABOVE

ENTITHED MOTION IS:

GRANTED _____

DENIED _____

DATE _____

                                                      HONORABLE JUDGE
                                                     UNITED STATES
                                                     DISTRICT COURT

Certificate of Service

On the 22nd day of May 2023. Tianikwa Haywood certified that this document was sent to the federal count



