IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIANIKWA HAYWOOD and | § | |
| PAUL-DOUGLAS CELESTINE | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 3:22-cv-02174-K-BT |
| | § | |
| TEXAS REALATOR; MACKIE WOLF | § | |
| ZIENTZ MAN P.C. LAW FIRM; | § | |
| SANDFORD & KURLAND; | § | |
| SONYA LEUCHAUSER; | § | |
| DHI MORTGAGE COMPANY, LTD; | § | |
| TIM NICHOLSON; SANDRA NASEEF; | § | |
| JOHN DOE; JANE DOE; | § | |
| PENNYMAC LOAN SERVICES, LLC; | § | |
| NO BULL INVESTMENT, LLC; | § | |
| | § | |
| Defendants. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions, and Recommendation of United States Magistrate Judge dated August 7, 2023. (ECF No. 34). Plaintiffs filed Objections on August 24, 2023. The Court has made a *de novo* review of those portions of the proposed Findings, Conclusions, and Recommendation to which objections were made. The objections are **OVERRULED**.

PennyMac and Mackie Wolfs' Motion to Dismiss (ECF No. 6) pursuant to Federal Rule of Civil Procedure 12(b)(5) and DHI Mortgage and DHI Titles' Motion to Dismiss (ECF No. 10) pursuant to Rule 12(b)(6), are **GRANTED**.

Finally, because Plaintiffs' claims are frivolous and without merit, the Court **DISMISSES** all of Plaintiffs' remaining claims and causes of action.

Plaintiffs' Petition for Summary Judgment (ECF No. 39), Petition for Mediation (ECF No. 41), and Petition for Hearing (ECF No. 42), are **DENIED.**

**SO ORDERED.**

**Signed August 29th, 2023.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE